# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RAY DYNES, | Case No.: 1:19-cv-01697-JLT (HC) |
| Petitioner, | ORDER DIRECTING CLERK OF COURT TO CHANGE NAME OF RESPONDENT |
| v. | |
| FRESNO COUNTY SUPERIOR COURT, | |
| Respondent. | |

In the Court's order dismissing petition with leave to file a first amended petition, the Court noted that the Petitioner failed to name the proper respondent. (Doc. 5 at 2.) Petitioner filed a first amended petition on February 18, 2019, in which he names Ken Clark, who is the Warden at the California State Prison-Corcoran. (Doc. 6 at 1.) Because Warden Clark is a proper party (Rule 2(a) of the Rules Governing § 2254 Cases; Ortiz-Sandoval v. Gomez, 81 F.3d 891, 894 (9th Cir. 1996); Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994)), the Clerk of Court is DIRECTED to change the name of the Respondent to Ken Clark, Warden.

IT IS SO ORDERED.

Dated: **February 25, 2020**           **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE